UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGELA KOTORA,

Plaintiff,

v.

Case No. 25-cv-10454
Honorable Linda V. Parker

GENERAL MOTORS COMPANY,

Defendant.
______________________________/

**OPINION AND ORDER DENYING PLAINTIFF'S MOTION REGARDING WITNESS INTIMIDATION**

On February 17, 2025, Plaintiff filed this lawsuit against Defendant claiming discrimination in violation of federal and state law. Discovery closed in this matter on April 16, 2026 (*see* ECF No. 13)—although some depositions were conducted thereafter—and the dispositive motion deadline expired on July 31, 2026 (*see* ECF No. 14). Defendant filed a summary judgment motion on the deadline (ECF No. 15), to which Plaintiff has yet to respond.[1] The matter is presently before the Court on Plaintiff's "Motion for Witness Intimidation and Retaliation Order." (ECF No. 18.) In the motion, Plaintiff claims employees of Defendant have refused to testify

[1] Plaintiff filed a "response" a day after such response was due, although the filing contained only exhibits and no brief. (ECF No. 16.) The Court, therefore, struck the filing and instructed Plaintiff to refile her response within three days. (ECF No. 17.) The deadline for Plaintiff's response is now August 28.

or provide affidavits in support of Plaintiff's case in fear of intimidation and retaliation from Defendant.

While no parties should engage in any form of threatening and/or harassing behavior during litigation, Plaintiff fails to show that witness intimidation has occurred in this matter or that Defendant or Defendant's counsel has engaged in improper conduct. Plaintiff provides no evidence or even allegations showing that Defendant pressured or threatened potential witnesses. Plaintiff only indicates that these witnesses have "expressed fear" of such intimidation and retaliation. As such, there is no basis for this Court to conclude that Defendant has engaged in improper conduct in an attempt to suppress their cooperation with Plaintiff or her counsel.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Witness Intimidation and Retaliation Order (ECF No. 18) is **DENIED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: August 28, 2026